RECEIVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB 29 2008 aew
2-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

GREGORY CHAMPION

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SArGenT Doody, CCDoC
SHEriff DEPuTy Judge, CCDoC

08CV1240
JUDGE PALLMEYER
MAG. JUDGE VALDEZ

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

__X__   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: GREGORY CHAMPION

B. List all aliases: —

C. Prisoner identification number: 200600800 31

D. Place of present confinement: CooK CouNTy JAil

E. Address: 2700 South CAliforNiA

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Doody
   SHeriff
   Title: SArGeNT, CooK CouNTy DePArTmeNT of CorrectioNS
   Place of Employment: CooK CouNTy JAil, DivisioN 5

B. Defendant: JudGe
   Title: SHeriff DePuTy
   Place of Employment: CooK CouNTy JAil, DivisioN 5

C. Defendant: _____
   Title: _____
   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: CHAMPION v Dahlquist 07C1373

B. Approximate date of filing lawsuit: 03/07

C. List all Defendants (if you had ~~plaintiffs~~), including any aliases: Ronald Dahlquist, officer Root, Philip Cline, City of CHGO, CHGO. Police Dept.

D. List all Plaintiffs ~~defendants~~: Gregory CHAMPion

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: CAstillo

G. Basic claim made: Due Process, False Arrest

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT

A. NAME OF CASE AND DOCKET NUMBER  Champion v Eagle Printing
07C 1702

B. APPROXIMATE DATE OF FILING ?  04/07

C. LIST ALL PLAINTIFFS.
Gregory Champion

D. LIST ALL DEFENDANTS.
Frank Rosienski
Kevin Rosienski

E. COURT IN WHICH THE LAWSUIT WAS FILED
Northern District

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.
Castillo

G. BASIC CLAIM MADE.
Unjust Firing

H. DISPOSITION OF THIS CASE.
Dismissed

I. DATE OF DISPOSITION
05/07

LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT

A.  NAME OF CASE AND DOCKET NUMBER  Champion v Godinez
    07C 4852

B.  APPROXIMATE DATE OF FILING ?  08/07

C.  LIST ALL PLAINTIFFS.
    Gregory Champion

D.  LIST ALL DEFENDANTS.
    Godinez
    John Delia
    Thomas Dart

E.  COURT IN WHICH THE LAWSUIT WAS FILED
    Northern District

F.  NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.
    Pallmeyer

G.  BASIC CLAIM MADE.
    4 Amendment illegal Search & Seizure

H.  DISPOSITION OF THIS CASE.
    Dismissed

I.  DATE OF DISPOSITION
    08/07

LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT

A. NAME OF CASE AND DOCKET NUMBER  Champion v Godinez
   07c 6070

B. APPROXIMATE DATE OF FILING ?  10/07

C. LIST ALL PLAINTIFFS.
   Gregory Champion

D. LIST ALL DEFENDANTS.
   Victoria Furlow
   A. Ting

E. COURT IN WHICH THE LAWSUIT WAS FILED
   Northern District

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.
   Pallmeyer

G. BASIC CLAIM MADE.
   Deliberate indifference to severe medical need

H. DISPOSITION OF THIS CASE.
   Pending

I. DATE OF DISPOSITION

LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT

A. NAME OF CASE AND DOCKET NUMBER  Champion v Dart
   07cb414

B. APPROXIMATE DATE OF FILING ?  11/07

C. LIST ALL PLAINTIFFS.
   Gregory Champion

D. LIST ALL DEFENDANTS.
   C.P.D. officer Delia #20736
   C.P.D. officer Hoffman (Belmont/Western) District

E. COURT IN WHICH THE LAWSUIT WAS FILED
   Northern District

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.
   Pallmeyer

G. BASIC CLAIM MADE.
   false Arrest

H. DISPOSITION OF THIS CASE.
   pending

I. DATE OF DISPOSITION

LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT

A.    NAME OF CASE AND DOCKET NUMBER Champion v Dart 07C 7267

B.    APPROXIMATE DATE OF FILING ? 12/07

C.    LIST ALL PLAINTIFFS.
Gregory Champion

D.    LIST ALL DEFENDANTS.
Sheriff Deputy King
Sheriff Deputy Ms. Parks

E.    COURT IN WHICH THE LAWSUIT WAS FILED
Northern District

F.    NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.
Pallmeyer

G.    BASIC CLAIM MADE.
Failure to Protect

H.    DISPOSITION OF THIS CASE.
Pending

I.    DATE OF DISPOSITION

LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT

A. NAME OF CASE AND DOCKET NUMBER Champion v Devine
   08C0022

B. APPROXIMATE DATE OF FILING ? 12/07

C. LIST ALL PLAINTIFFS.
   Gregory Champion

D. LIST ALL DEFENDANTS.
   Dick Devine
   John Delia
   City of Chicago
   Godinez

E. COURT IN WHICH THE LAWSUIT WAS FILED
   Northern District

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.
   Pallmeyer

G. BASIC CLAIM MADE.
   Illegal Search & Seizure

H. DISPOSITION OF THIS CASE.
   Dismissed

I. DATE OF DISPOSITION

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) On or about 06/02/07, Plaintiff Champion was housed in Division 5, non-gang affiliated tier, 1K, for minimum security, non-violent detainees. A violent, crazy detainee, Manuel Macon, was moved into the cell next to Plaintiff Champion's. Macon is a crossdressing, effeminate detainee.

(2) Circa, 06/07/07, detainee "Parrish Willis," was moved into Plaintiff Champion's cell, another effeminate crossdressing detainee, wearing a wig. Plaintiff Champion informed Deputy Judge that detainee Macon had made comments about "Kicking Champion's ●● Bettin●," ●●Plaintiff pleaded to be moved to another tier, where Plaintiff Champion would be in no danger. Sheriff Deputy Judge said no!! It was up to Sargent Doody. There were other non-gang tiers available; I E, 1E, & 1F tiers!!

(3) Circa 06/08/07 detainee Macon spat & threw toilet water in another detainee's face & threatened physical violence. Sargent Doody was summoned, he told Macon to pack up, however, Macon never was moved, Doody never relocated Champion from cell next door to safer cell away from Macon!!

④ Circa 06/11/07, Macon threatened, through the wall, to "whip Champion's butt", & when the doors were opened Champion informed Deputy Judge, who still refused to move Champion to a cell further away from Macon's.

⑤ Finally, on 06/15/07, Macon, in the day room, walked over & sucker punched Champion in right eye, fracturing socket, breaking his glasses, & when Champion tried to stand, tackled Champion driving him to ground landing on Champion's left knee, damaging left knee ligaments. Champion was X-rayed for right eye socket & left lower leg. X-rays confirmed eye socket fracture. ~~[redacted]~~ deputy Judge ~~was~~ on duty when this happened !!

Sargent Doody & Deputy Judge acting under color of State law, failed to protect Plaintiff Champion from serious injury !! Plaintiff continues to suffer from mental & emotional suffering and pain in his left knee !!! 14nth amendment liberty & due process violations.

Lastly, Plaintiff Champion declines to exercise the Magistrate Judges consent form. I would like to be appointed counsel & proceed to trial, jury trial.    Thank You Very Much
                                                Gregory Champion

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want both defendants liable for monetary damages!! I also want injunction keeping me in non-gang program. I am lifelong non-gang member, & I want to continue my tenure as such!!

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __25__ day of __February__, 20_08_

__Gregory L. Champion__
(Signature of plaintiff or plaintiffs)

__Gregory Champion__
(Print name)

__200600800031__
(I.D. Number)

__1419 Woodhollow Ln__
__Flossmoor IL. 60422__
(Address)