**PRISONER CASE** 



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** GREGORY CHAMPION | **Defendant(s):** SARGENT DODDY, etc., et al. |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:** Gregory Champion #2006-0080031 Cook County Jail P.O. Box 089002 Chicago, IL 60608 | **Defendant's Attorney:** |

**FILED**
FEB 29 2008
2-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties** (Diversity Cases Only)
Plaintiff:
Defendant:

**08CV1240**
**JUDGE PALLMEYER**
**MAG. JUDGE VALDEZ**

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** G. E. Woodham   **Date:** 02/29/2008
Pallmeyer  08C22
Valdez