FILED *MHW*

FEB 2 9 2008 *aew*
2-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s)   CHAMPION

08CV1240
JUDGE PALLMEYER
MAG.JUDGE VALDEZ

V.

Defendant(s)   JUDGE
Doody

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.   I, **Gregory CHAMPION** ,declare that I am the (check appropriate box)
     [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford
     the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.   In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in
     this proceeding:

     *I have sought outside counsel, to no avail!!*

3.   In further support of my motion, I declare that (check appropriate box):

     [ ]  I am not currently, nor previously have been, represented by an attorney appointed by the Court
          in this or any other civil or criminal proceeding before this Court.

     [X]  I am currently, (or previously have been,) represented by an attorney appointed by the Court
          in the proceeding(s) described on the back of this page.

4.   In further support of my motion, I declare that (check appropriate box):

     [X]  I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
          detailing my financial status.

     [ ]  I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
          it is a true and correct representation of my financial status.

     [ ]  I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
          However, my financial status has changed and I have attached an Amended Application to Proceed *In
          Forma Pauperis* to reflect my current financial status.

5.   I declare under penalty that the foregoing is true and correct.

*Gregory Champion*
Movant's Signature

2/25/08
Date

*1419 Woodhollow Ln*
Street Address

*Flossmoor IL. 60422*
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _Rueben Castillo_    Case Number: _07C1373_

Case Title: _Champion v. Dahlquist_

Appointed Attorney's Name: _Laura D. Collison_

If this case is still pending, please check box [X]

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box [ ]

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box [ ]

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box [ ]